IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| US VIKING LLC )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>    Respondent. ) | Case No. 1:07-mc-00327 |

## MOTION TO DISMISS

The United States moves the Court to dismiss this action (a petition to quash Internal Revenue Service administrative summonses) pursuant to Fed. R. Civ. P. 12(b) for lack of jurisdiction as no case or controversy exists because the summons has been withdrawn. The opposing counsel indicated that he will not oppose the present motion.

A memorandum or law, declaration of Revenue Agent Derek Turpin, Government Exhibits 1, and 2, and the proposed order are attached.

DATE: September 27, 2007

                                                                            Respectfully submitted,

                                                                            /s/ Jan M. Geht

                                                                            JAN M. GEHT
                                                                            Trial Attorney, Tax Division
                                                                            U.S. Department of Justice
                                                                            P.O. Box 227
                                                                            Washington, D.C. 20044
                                                                            Telephone: (202) 307-6449
                                                                            Fax: (202) 514-6866
                                                                            E-mail: jan.m.geht@usdoj.gov
                                                                            *Counsel for the United States*

2

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

**CERTIFICATE OF SERVICE**

 IT IS CERTIFIED that the foregoing MOTION TO DISMISS was served on September 27, 2007, by ECF and by placing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

SHELDON M. KAY, ESQUIRE
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309

LEWIS S. WIENER, ESQUIRE
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave. NW
Washington, DC 20004

              /s/Jan M. Geht
              JAN M. GEHT

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| US VIKING LLC )<br>)<br>      Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>      Respondent. ) | Case No. 1:07-mc-00327 |

**UNITED STATES' MEMORANDUM OF LAW
IN SUPPORT OF ITS MOTION TO DISMISS**

BACKGROUND

Petitioner, US Viking LLC, seeks to quash an administrative summons issued to Lee Perryman. On August 30, 2007, the Internal Revenue Service (the "Service") issued a letter to Lee Perryman withdrawing the summons. (Turpin Decl. ¶ 4.) Opposing counsel indicated that he would not oppose the present motion.

DISCUSSION

Petitioner bears the burden of proving that subject matter jurisdiction exists in this proceeding. Georgiades v. Martin-Trigona, 729 F.2d 831, 833 n.4 (D.C. Cir. 1984); Carter v. Washington Metropolitan Transit Authority, 451 F. Supp. 2d 150, 152 (D.D.C. 2006). In ruling on a motion to dismiss for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1), courts may consider affidavits and other evidence supporting or contradicting a petitioner's jurisdictional allegations. See Coalition for Underground Expansion v. Mineta, 333 F.3d 193, 198 (D.C. Cir. 2003); Carter, 451 F. Supp. 2d at 152.

2763689.1

The jurisdiction of federal courts to decide cases is limited by the requirement set forth in Article III, § 2 of the Constitution that a case or controversy exist, and a case is moot if that requirement is not satisfied.  See, e.g., Spencer v. Kemna, 523 U.S. 1, 7 (1998).  Thus, "[t]o qualify as a case fit for federal-court adjudication, 'an actual controversy must be extant at all stages of review, not merely at the time the complaint is filed.'" Arizonans for Official English v. Arizona, 520 U.S. 43, 67 (1997) (citation omitted).  Mootness can arise at any stage of the litigation.  Calderon v. Moore, 518 U.S. 149, 150 (1996).

On June 20, 2007, the Service formally withdrew the summons at issue.  (See Turpin Decl. ¶ 4.)  Because the summons is no longer being pursued by the Service, this action is moot due to the lack of a case or controversy.  See Thompson v. United States, 2007 U.S. Dist. LEXIS 29596, 99 A.F.T.R.2d (RIA) 3000 (N.D. Ga. 2007)("Because the IRS formally withdrew the summonses, this action is moot."); Dame v. United States, 643 F. Supp. 533, 534 (S.D.N.Y. 1986) (motion to quash denied as moot after summons were withdrawn.)

CONCLUSION

This proceeding must be dismissed as moot because the summons at issue have been withdrawn.

2763689.1

DATE:  September 27, 2007                                   Respectfully submitted,

    /s/Jan M. Geht

JAN M. GEHT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 307-6449
Fax: (202) 514-6866
E-mail: jan.m.geht@usdoj.gov
*Counsel for the United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS was served on September 27, 2007, by ECF and by placing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

SHELDON M. KAY, ESQUIRE
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309

LEWIS S. WIENER, ESQUIRE
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave. NW
Washington, DC 20004

    /s/ Jan M. Geht
JAN M. GEHT

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| US VIKING LLC )<br>)<br>  Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>  Respondent. ) | Case No. 1:07-mc-00327 |

### **ORDER**

Having considered the United States' motion to dismiss , together with the memorandum of points and authorities in support of the motion, and having further considered that plaintiff does not oppose this motion, the Court concludes that the motion to dismiss ought to be granted.  Accordingly, it is this _____ day of _____, 2007, at the District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's complaint be and is DISMISSED with prejudice; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____

UNITED STATES DISTRICT JUDGE

1

COPIES TO:

JAN M. GEHT
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

SHELDON M. KAY, ESQUIRE
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309

LEWIS S. WIENER, ESQUIRE
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave. NW
Washington, DC 20004

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing proposed ORDER was served on September 27, 2007, by ECF and by placing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

SHELDON M. KAY, ESQUIRE
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309

LEWIS S. WIENER, ESQUIRE
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave. NW
Washington, DC 20004

      /s/Jan M. Geht
      JAN M. GEHT

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US VIKING LLC, </br></br>Petitioner, </br></br>v. </br></br>UNITED STATES OF AMERICA, </br>Respondent. | ) </br>) </br>) </br>) CASE NO. 07-327 </br>) </br>) </br>) </br>) </br>) |

### DECLARATION OF REVENUE AGENT DEREK TURPIN

I, Derek Turpin, do hereby declare and depose, pursuant to 28 U.S.C. Sec. 1746(2), the following:

1. I am a duly commissioned Revenue Agent employed in the Large and Mid-Size Examination Division of the Internal Revenue Service, in the area of International -Foreign Resident Compliance, Territory 1, Team 2, with a post of duty located at 9350 Flair Drive, El Monte, CA 91731.

2. In my capacity as a Revenue Agent, I am conducting an inquiry of US Viking LLC.

3. In furtherance of the inquiry and in accordance with 26 U.S.C. IRC 7602, on July 25th, 2007, I issued an administrative summons, Internal Revenue Service Form 2039, to Lee Perryman of Associated Press, to provide records as described in the attachment to the Summons, attached herein as Exhibit 1, with tax identification numbers redacted.

4. On August 30, 2007, I sent a letter to Lee Perryman, withdrawing the summons. Attached herein, as Exhibit 2, is the true and correct copy of the letter.

5. In addition, I have not received and/or reviewed any documents pursuant to the withdrawn summons.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2007.

Derek Turpin
Revenue Agent
LMSB Examination Division
Internal Revenue Service
El Monte, CA 91731



# Summons

In the matter of US Viking LLC (EIN ~~redacted~~)
Internal Revenue Service (Division): Large and Mid-Size Business
Industry/Area (name or number): International Compliance/Territory 1/Group 1304
Periods: January 1, 2002 through December 31, 2002

### The Commissioner of Internal Revenue

To: Lee Perryman, Director Broadcast Technology, Associated Press
At: 1825 K Street NW, Suite 800, Washington, DC 20006

You are hereby summoned and required to appear before Derek Turpin (badge #95-02192), or his designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attachment to Summons Issued to Lee Perryman, Director Broadcast Technology, Associated Press, in the Matter of US Viking LLC

**Do not write in this space**



GOVERNMENT EXHIBIT 1
1:07-mc-00327

**Business address and telephone number of IRS officer before whom you are to appear:**
9350 Flair Drive, El Monte, California 91731    (626) 312-5059 (ext. 3018)

**Place and time for appearance at** Internal Revenue Service, 799 Ninth Street N.W., Washington, DC 20001-4501

**IRS** on the 5th day of September 2007 at 9:00 o'clock a. m.
Issued under authority of the Internal Revenue Code this 25th day of July, 2007

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

_____
Signature of issuing officer    Revenue Agent    Title

_____
Signature of approving officer (if applicable)    Team Manager    Title

Original — to be kept by IRS

Exhibit 1

**Attachment to Summons Issued to Lee Perryman, Director Broadcast Technology, Associated Press, in the Matter of US Viking LLC**

Unless specified otherwise, all information requested relates to documents and records in effect or created since the inception of the business relationship between Associated Press and William Neville, Neville and Company, and US Viking to the present.

1. Names, phone numbers, and mailing addresses of all Associated Press (AP) employees who were involved in the negotiation, analysis, or write-up of the contract between Associated Press and Neville and Company dated August 27, 1996 and the contract between Associated Press and US Viking dated November 27, 2000. Press.
2. Signed copies of all contracts and agreements, including amendments and all schedules and attachments, between AP and William Neville, Neville and Co., or US Viking, in addition to the contracts mentioned in item #1.
3. All internal and external letters, memos, emails, or other correspondences related to the negotiation and execution of all contracts between Associated Press (AP) and William Neville, Neville and Co., or US Viking.
4. Names, phone numbers, and mailing addresses of all Associated Press employees who have ever worked with the ENPS program, either in the programming, development, planning, or administration of the ENPS program.
5. Names, phone numbers, and mailing addresses of all Associated Press employees who have had direct contact with William Neville or employees of US Viking or Neville and Company.
6. Article 10.2, page 14 of the "Software Development Services, Support and Marketing Agreement by and Between The Associated Press and US Viking, LLC", indicates that US Viking was to provide a list of their employees or personnel who are to work on ENPS and show their employment status. There were also to be updates to this list as employment status or personnel changed. Provide the original such list delivered by Neville & Co. to AP and all subsequent updates.
7. Copies of all source and object codes, including previous versions, of the ENPS program. Use CDs as the recording media and provide tarballs (or other common archive format) of major deliverables of ENPS source code from Neville & Co to AP, as follows:
   Provide a tarball for the pilot version of ENPS, one for the trial version of ENPS, one for the sign off version of ENPS and a tarball of the most significant (judged by the versioning scheme used for ENPS) release for each subsequent year until the present.
8. Provide a list of all deliveries of ENPS software including updates that you received from Neville & Company or US Viking, sorted by date. Include in the list:
   a. Date of delivery
   b. One line description of what was delivered
   c. Version #
   d. Reason (regular update, emergency patch, security patch)
9. All operational and management reports prepared by Associated Press related to the ENPS program.

Ex 4.3.-+ 1

**Attachment to Summons Issued to Lee Perryman, Director Broadcast Technology, Associated Press, in the Matter of US Viking LLC**

10. All operational and management reports related to the ENPS program received from William Neville, US Viking or Neville and Company.
11. Provide a report, in a spreadsheet format, with the entries of the **Incident Database** starting from the earliest data available until the present, and sorted by date. Include in the report:
    a. Incident Number
    b. Submission date
    c. Resolution date
    d. Severity code
    e. Impact
    f. Subject title
    g. Name of requestor
    h. Name of person the incident was assigned to
    i. Name of person who provided the resolution (if different from above)
    j. Status designation
12. Provide a report, in a spreadsheet format, with the entries of the **Bugs Database** starting from the earliest data available until the present, and sorted by date. Include in the report:
    a. Bug Number
    b. Submission date
    c. Resolution date
    d. Severity code
    e. Impact
    f. Subject title
    g. Name of requestor
    h. Name of person the incident was assigned to
    i. Name of person who provided the resolution (if different from above)
    j. Status designation
13. Provide a report, in a spreadsheet format, with the entries of the **Enhancements Database** starting from the earliest data available until the present, and sorted by date. Include in the report:
    a. Enhancement Number
    b. Submission date
    c. Resolution date
    d. Impact
    e. Subject title
    f. Name of requestor
    g. Name of person the incident was assigned to
    h. Name of person who provided the resolution (if different from above)
    i. Status designation
14. Name, phone numbers, and mailing addresses of all persons involved in the creation of the ENPS Product Release Notices, and source documents used in preparing the Notices.

Exhibit 1



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE

| | |
|---|---|
| **LMSB International** | **Internal Revenue Service** |
| **Foreign Resident Compliance** | 9350 Flair Drive. |
| | El Monte, CA  91731 |
| Lee Perryman | Taxpayer Name: |
| Associated Press | Taxpayer Identification Number: |
| Director Broadcast Technology | |
| 1825 K Street NW, Suite 800 | Tax Form: |
| Washington, DC  20006 | |
| | Tax Period(s): |
| | |
| | Person to Contact: |
| | **Derek Turpin** |
| | Employee Identification Number: |
| | **95-02192** |
| | Telephone Number: **626-312-5059 (ext. 3018)** |
| | Fax Number: **(626) 312-5088** |
| | |
| | Date: August 30, 2007 |

Dear Mr. Perryman,

The Internal Revenue Service Summons, enclosed herein, in the matter of US Viking LLC issued on July 25, 2007 and served to you on July 30, 2007 has been withdrawn and is no longer in effect.

Sincerely yours,

*DD*

Derek Turpin
Revenue Agent

Enclosures:
Copy of Summons

GOVERNMENT
EXHIBIT
2
1:07-mc-00326

Exhibit 2